ESTHER GURLAND, an Infant, by REBECCA GURLAND, Her Guardian ad Litem, Respondent, v. C. W. L. REALTY COMPANY, Appellant.

*Gurland v. C. W. L. Realty Co.*, 175 App. Div. 986, affirmed.
(Argued May 13, 1918; dec ded May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. While plaintiff, a child nine years of age, was entering an elevator in the apartment house where she lived, it started upwards and she was caught and crushed between the ascending elevator and the first floor, causing the injuries complained of. The operator was absent at the time attending to other duties. Plaintiff contended that the direct cause of plaintiff's injury was defendant's practice of leaving the car unattended and destitute of ordinary safeguards, so that a jar or contact with the handle by one entering the car would start it.

*Stephen P. Anderton* and *Alfred W. Meldon* for appellant.
*Henry L. Sherman* and *Julius Walerstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.